UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RODNEY J. CAMPBELL ]
    Petitioner, ]
]
v. ] No. 3:08-1194
] Judge Trauger
JAMES FORTNER, WARDEN ]
    Respondent. ]

## O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds merit in the respondent's Motion to Dismiss (Docket Entry No. 12). Therefore, respondent's Motion is GRANTED and this action is hereby DISMISSED. Rule 8(a), Rules - - § 2254 Cases.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has been unable to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

                                        Aleta A. Trauger
                                      United States District Judge